**Order entered November 30, 2021**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-21-00953-CR**
**No. 05-21-00954-CR**

**EX PARTE HAXAN WALDELL PALMER**

**On Appeal from the 283rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. W18-58281-T(B) & W18-58280-T(C)**

**ORDER**

Before the Court is appellant's November 12, 2021 motion for the reporter's record to be sent to appellant. Appellant's motion requests an order to compel the trial court to send appellant a complete copy of the reporter's record and clerk's record from his trial to assist in his appeal from the trial court's alleged failure to proceed on his application for writ of habeas corpus filed pursuant to article 11.07 of the code of criminal procedure. The Court **DENIES** the motion.

/s/     ERIN A. NOWELL
        JUSTICE